NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

SIOUX HONEY ASSOCIATION, ADEE HONEY FARMS, MONTEREY MUSHROOMS, INC., THE GARLIC COMPANY, AND RICELAND CRAWFISH, INC. (ALSO KNOWN AS BEAUCOUP CRAWFISH OF EUNICE, INC.),

*Plaintiffs-Appellants,*

v.

HARTFORD FIRE INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF ILLINOIS, HARTFORD INSURANCE COMPANY OF THE MIDWEST, AND HARTFORD INSURANCE COMPANY OF THE SOUTHEAST,

*Defendants-Appellees,*

and

AEGIS SECURITY INSURANCE COMPANY AND LINCOLN GENERAL INSURANCE COMPANY,

*Defendants-Appellees,*

and

AMERICAN CONTRACTORS INDEMNITY COMPANY, AMERICAN HOME ASSURANCE COMPANY, AND XL SPECIALTY INSURANCE COMPANY,

*Defendants-Appellees,*

**and**

## GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,
*Defendants-Appellees,*

**and**

## INTERNATIONAL FIDELITY INSURANCE COMPANY,
*Defendant-Appellee,*

**and**

## WASHINGTON INTERNATIONAL INSURANCE COMPANY,
*Defendant-Appellee,*

**and**

## UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, JAYSON P. AHERN, ACTING CUSTOMS COMMISSIONER, DEPARTMENT OF COMMERCE, AND GARY LOCKE, SECRETARY OF COMMERCE,
*Defendants-Appellees.*

---

2011-1040

---

Appeal from the United States Court of International Trade in case no. 09-CV-0141, Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**ORDER**

The appellees move for a 39-day extension of time, until April 5, 2011, to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__FEB 2 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul C. Rosenthal, Esq.
T. Randolph Ferguson, Esq.
Herbert C. Shelley, Esq.
L. Misha Preheim, Esq.
Alexander H. Schaefer, Esq.
Peter D. Keisler, Esq.
Armen Shahinian, Esq.
Barry R. Ostrager, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2011

JAN HORBALY
CLERK